

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2019

No. 04-19-00237-CV

**IN THE INTEREST OF C.J.G., A CHILD**,
Appellant

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01800
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due to be filed on May 28, 2019. By order dated June 11, 2019, the court reporter responsible for preparing the reporter's record, Ms. Angie Jimenez, was ordered to file the reporter's record by Friday, June 21, 2019. This court's order stated, "**NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**." *See* TEX. R. APP. P. 28.4(b)(2) (precluding appellate court from granting extensions of time to file record in excess of thirty days cumulatively in parental termination appeals).

On Monday, June 24, 2019, Ms. Jimenez contacted the court and stated she would file the reporter's record by Tuesday, June 25, 2019. On Wednesday, June 26, 2019, Ms. Jimenez filed a notification of late record stating she had not been paid the fee for preparing and filing the reporter's record. The clerk's record shows appellant is represented by retained counsel.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). If appellant files written proof that the reporter's fee has been paid or that he is entitled to appeal without paying the reporter's fee, Ms. Jimenez is ORDERED to file the reporter's record the day after such written proof is filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court